No. 23-20509

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | Appeal from |
| v. | ) | the United States District Court |
| | ) | for the Southern District of Texas |
| D'MARCUS TRAVION CARTER, | ) | (Houston Division) |
| Defendant-Appellant. | ) | |
| | ) | |

## UNOPPOSED SECOND MOTION FOR EXTENSION OF DEADLINE

TO THE HONORABLE JUDGES OF SAID COURT:

By order of this Court, the deadline for counsel's brief was February 15, 2024, after counsel's Level 1 extension.

Counsel for Appellant has been undergoing radiation therapy since February 9, 2024, which has caused fatigue and other side effects. Counsel respectfully requests an additional thirty days, making the new deadline March 16, 2024.

This extension is not sought for delay, but to enable counsel for Appellant to produce the best possible pleading in this matter.

## PRAYER

WHEREFORE, Movant prays that the Court will grant her unopposed second motion for extension of the briefing deadline.

                              Respectfully Submitted,

                              /s/ Georgette Oden
                              Attorney for Defendant
                              Texas Bar No. 24029752
                              SD No. 567757

                              G Oden PLLC
                              100 E. Whitestone Blvd. Ste. 148 #120
                              Cedar Park TX 78613

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, a true and correct copy of the foregoing document was served on D'Marcus Carter by postal mail service to:

D'Marcus Carter
BOP# 17156-579
USP Coleman I
P.O. Box 1033
Coleman, FL 33521

It was also served on the Appellate Division of the US Attorney's Office by Notice of Docket Activity.

                              /s/ Georgette Oden
                              Attorney for Defendant-Appellant

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 15, 2024, I contacted the US Attorney's Office, Appellate Division, by electronic mail and Catrina Johnson stated she has no objection to this relief.

/s/ Georgette Oden
Attorney for Defendant-Appellant

## CERTIFICATE OF COMPLIANCE WITH RULE 27

This motion complies with the type-volume limitation of Fed. R. App. Proc. 27 because:

  X  this motion does not exceed 101 words

This motion complies with the typeface requirements of Fed. R. App. Proc. 32(a)(5) and the type style requirements of Fed. R. App. Proc. 32(a)(6) because:

  X  this brief has been prepared in a proportionally spaced typeface using Times New Roman in 14-point Roman type.

/s/ Georgette Oden
Attorney for Defendant-Appellant
Dated: February 15, 2024.
